IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS MARKS, #191 094, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:13-CV-357-WHA |
| | ) | [WO] |
| KENNETH SCONYERS , *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER and OPINION**

On August 23, 2016, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. After an independent evaluation and *de novo* review of the file, the Recommendation (Doc. 12) is ADOPTED, and it is hereby

ORDERED that this § 2254 petition is DENIED, and this case is DISMISSED with prejudice.

Final Judgment will be entered accordingly.

Done this 22nd day of September, 2016.

     /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE